# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                       :       NO. 818

                          :

EXEMPTION FROM RULES      :       SUPREME COURT RULES

205(B)(2) AND 1205(B)(2) OF THE :

PENNSYLVANIA RULES OF       :       DOCKET

JUVENILE COURT PROCEDURE   :


## ORDER


**PER CURIAM**

    **AND NOW**, this 12th day of December, 2019, upon the recommendation of the Juvenile Court Procedural Rules Committee:

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Fifth Judicial District shall be exempt from the two-year period set forth in Pennsylvania Rules of Juvenile Court Procedure 205(B)(2) and 1205(B)(2) prior to mandating participation in electronic filing by local rule. S*ee* No. 817 Supreme Court Rules Docket (December 12, 2019) (adopting, *inter alia*, Pa.R.J.C.P. 205 and 1205).

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on June 1, 2020.